UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EDWARD TIMBERLAKE,<br><br>    Petitioner,<br><br>    v.<br><br>KELLY SANTORO, Warden,<br><br>    Respondent. | Case No.: 1:20-cv-00013-NONE-SKO (HC)<br><br>ORDER DENYING PETITIONER'S REQUEST TO PLACE TRAVERSE ON HOLD<br><br>[Doc. 19] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On June 18, 2020, Petitioner filed his traverse. (Doc. 18.) On June 22, 2020, Petitioner filed the instant request to place his traverse on hold. (Doc. 19.) Petitioner asks that proceedings be stayed while he searches for an attorney to represent him. Petitioner provides no reason for seeking counsel at this point, and the Court can find none. Petitioner's traverse is well-reasoned, and the case is now fully briefed. Accordingly, Petitioner's request to place his traverse on hold is DENIED.

IT IS SO ORDERED.

Dated:   **June 24, 2020**                                   /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE