UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL EDWARD TIMBERLAKE,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>KELLY SANTORO, Warden,<br><br>　　　　　Respondent. | Case No.: 1:20-cv-00013-NONE-SKO (HC)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME<br><br>[Doc. 12]<br><br>[SIXTY DAY DEADLINE] |

　　　Petitioner is a state prisoner proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　Petitioner filed his federal petition in this Court on January 6, 2020. (Doc. 1.) On April 9, 2020, Respondent filed a response to the petition. (Doc. 15.) On June 18, 2020, Petitioner filed his traverse. (Doc. 18.)

　　　On August 5, 2020, newly-retained counsel Fay Arfa, Esq., appeared on behalf of Petitioner. (Doc. 21.) Also on August 5, 2020, counsel filed a motion to continue the case for sixty (60) days in order to prepare an amended traverse. (Doc. 22.) Counsel represents that Respondent has no objection to the extension.

/////

/////

/////

1

**ORDER**

Based on the forgoing, IT IS HEREBY ORDERED that Petitioner's motion for an extension of time of sixty (60) days to file an amended traverse is GRANTED.

IT IS SO ORDERED.

Dated:   **August 5, 2020**                         /s/ *Sheila K. Oberto*
                                                              UNITED STATES MAGISTRATE JUDGE