XAVIER BECERRA, State Bar No. 118517
Attorney General of California
LANCE E. WINTERS, State Bar No. 162357
Chief Assistant Attorney General
MICHAEL P. FARRELL, State Bar No. 183566
Senior Assistant Attorney General
TAMI M. KRENZIN, State Bar No. 183925
Supervising Deputy Attorney General
ROSS K. NAUGHTON, State Bar No. 254926
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6283
 E-mail: Ross.Naughton@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL EDWARD TIMBERLAKE,**<br><br>Petitioner,<br><br>v.<br><br>**KELLY SANTORO (WARDEN),**<br><br>Respondent. | Case 1:20-cv-00013-NONE-SKO (HC)<br><br>**JOINT REQUEST TO SET BRIEFING SCHEDULE; ORDER SETTING BRIEFING SCHEDULE** |

Before the Court is Petitioner's motion to stay the proceedings in this action under either *Rhines v. Weber*, 544 U.S. 269, 277 (2005) or *Kelly v. Small*, 315 F.3d 1063 (9th Cir. 2002). *See* ECF 26 (the "Motion").

The parties jointly ask the Court to enter an Order setting the following briefing schedule on the Motion:

- Respondent shall file any opposition to the Motion on or before February 1, 2021; and
- Petitioner shall file any reply in support of the Motion on or before March 1, 2021.

//

//

//

Neither party will seek a hearing on the Motion.

Respectfully submitted on January 13, 2021.

XAVIER BECERRA
Attorney General of California
LANCE E. WINTERS
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
TAMI M. KRENZIN
Supervising Deputy Attorney General

| | |
|---|---|
| */s/  Fay Arfa* | */s/ Ross K. Naughton* |
| FAY ARFA | ROSS K. NAUGHTON |
| Attorney at Law | Deputy Attorney General |
| *Attorney for Petitioner* | *Attorneys for Respondent* |

\* \* \*

**ORDER**

The Court having considered the parties' joint request to set a briefing schedule on the motion to stay, and good cause appearing, **IT IS HEREBY ORDERED** that the parties' proposed briefing schedule be adopted.  Thus, Respondent shall file any opposition to the Motion on or before February 1, 2021, and Petitioner shall file any reply in support of the Motion on or before March 1, 2021.

IT IS SO ORDERED.

Dated:   **January 14, 2021**              /s/ *Sheila K. Oberto*
                                           UNITED STATES MAGISTRATE JUDGE